156 A.3d 181

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. JESUS M. TORRES (A/K/A JESUS MANUEL TORRES, MARIN JESUS TORRES, CHUCHO TORRES, AND MARIN JESUS CHUCHO), DEFENDANT–PETITIONER.

November 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004593–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.